**E-Filed 1/6/2010**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GABRIELA R. CARNERO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON MUTUAL (WAMU), et al.,<br><br>　　　　　　Defendants. | Case Number C 09-5330 JF (RS)<br><br>ORDER[1] GRANTING RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING<br><br>Re: Docket No. 27 |

  On December 30, 2009, this Court denied Plaintiffs' application for a temporary restraining order ("TRO"), noting *inter alia* that Plaintiffs had not stated clearly that a trustee's sale of the property was imminent, had not provided the date of any such sale, and had not explained why their application had not been filed earlier. Today Plaintiffs filed a document entitled "URGENT - MOTION TO OBJECT TO THE DENIAL OF HON. JEREMY FOGEL'S ORDER OF TEMPORARY RESTRAINING ORDER," which the Court construes as a renewed

---

[1] This disposition is not designated for publication in the official reports.

application for TRO. Plaintiffs now state that a trustee's sale has been scheduled for tomorrow, January 7, 2010; that they received notice of the sale on December 17, 2009; and that they delayed filing their TRO application for some days because they were under the (mistaken) belief that they first had to pursue an application for a *lis pendens*. Plaintiffs attach proof of facsimile service of their TRO application upon Defendant Quality Loan Service Corporation ("Quality"), the entity that appears to have scheduled the trustee's sale. The Court has solicited but has not received opposition from Quality, nor has it received opposition from any other defendant.

Given Plaintiffs' *pro se* status, their clarification regarding the imminence of the trustee's sale, their explanation as to the timing of their application for TRO, and the lack of opposition, the Court will issue a TRO effective until 5:00 p.m. on Friday, January 15, 2010, or until further order of the Court. A hearing will be scheduled for Friday, January 15, 2010 at 9:00 on Plaintiffs' application.

**ORDER**

Good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiffs' application for a TRO is GRANTED. Defendants shall not proceed with the trustee's sale until after 5:00 p.m. on Friday, January 15, 2010 or until further order of the Court.

A hearing is set for Friday, January 15, 2010 at 9:00 on Plaintiffs' application.

DATED: January 6, 2010

JEREMY FOGEL
United States District Judge

This Order has been served upon the following persons:

David C. Scott     dscott@mccarthyholthus.com

Glenn Harlan Wechsler     glenn@glennwechsler.com, larry@glennwechsler.com, linda@glennwechsler.com

Lawrence Daniel Harris     larry@glennwechsler.com

Matthew Edward Podmenik     lrodriguez@mccarthyholthus.com

Roshni V Patel     RPatel@mccarthyholthus.com

Seth Michael Harris     seharris@mccarthyholthus.com, civilefile@mccarthyholthus.com

Gabriela R. Carnero
Jose R. Carnero
5645 Blossom Avenue
San Jose, CA 95123

Gabriela R. Carnero
Jose R. Carnero
1558 1/2 Minnesota Avenue
San Jose, CA 95125