**E-Filed 1/6/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELA R. CARNERO, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL (WAMU), et al.,<br><br>      Defendants. | Case Number C 09-5330 JF (RS)<br><br>ORDER[1] GRANTING RENEWED APPLICATION FOR TEMPORARY RESTRAINING ORDER AND SETTING HEARING<br><br>Re: Docket No. 27 |

  On December 30, 2009, this Court denied Plaintiffs' application for a temporary restraining order ("TRO"), noting *inter alia* that Plaintiffs had not stated clearly that a trustee's sale of the property was imminent, had not provided the date of any such sale, and had not explained why their application had not been filed earlier. Today Plaintiffs filed a document entitled "URGENT - MOTION TO OBJECT TO THE DENIAL OF HON. JEREMY FOGEL'S ORDER OF TEMPORARY RESTRAINING ORDER," which the Court construes as a renewed

---

[1] This disposition is not designated for publication in the official reports.

application for TRO. Plaintiffs now state that a trustee's sale has been scheduled for tomorrow, January 7, 2010; that they received notice of the sale on December 17, 2009; and that they delayed filing their TRO application for some days because they were under the (mistaken) belief that they first had to pursue an application for a *lis pendens*. Plaintiffs attach proof of facsimile service of their TRO application upon Defendant Quality Loan Service Corporation ("Quality"), the entity that appears to have scheduled the trustee's sale. The Court has solicited but has not received opposition from Quality, nor has it received opposition from any other defendant.

Given Plaintiffs' *pro se* status, their clarification regarding the imminence of the trustee's sale, their explanation as to the timing of their application for TRO, and the lack of opposition, the Court will issue a TRO effective until 5:00 p.m. on Friday, January 15, 2010, or until further order of the Court. A hearing will be scheduled for Friday, January 15, 2010 at 9:00 on Plaintiffs' application.

**ORDER**

Good cause therefor appearing, IT IS HEREBY ORDERED that Plaintiffs' application for a TRO is GRANTED. Defendants shall not proceed with the trustee's sale until after 5:00 p.m. on Friday, January 15, 2010 or until further order of the Court.

A hearing is set for Friday, January 15, 2010 at 9:00 on Plaintiffs' application.

DATED: January 6, 2010

JEREMY FOGEL
United States District Judge

1  This Order has been served upon the following persons:

2  David C. Scott    dscott@mccarthyholthus.com

3  Glenn Harlan Wechsler    glenn@glennwechsler.com, larry@glennwechsler.com, linda@glennwechsler.com

4

5  Lawrence Daniel Harris    larry@glennwechsler.com

6  Matthew Edward Podmenik    lrodriguez@mccarthyholthus.com

7  Roshni V Patel    RPatel@mccarthyholthus.com

8  Seth Michael Harris    seharris@mccarthyholthus.com, civilefile@mccarthyholthus.com

9  Gabriela R. Carnero
   Jose R. Carnero
   5645 Blossom Avenue
10 San Jose, CA 95123

11 Gabriela R. Carnero
   Jose R. Carnero
12 1558 1/2 Minnesota Avenue
   San Jose, CA 95125

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 09-5330 JF (RS)
ORDER GRANTING RENEWED MOTION FOR TRO
(JFLC2)