**E-Filed 10/13/2010**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GABRIELA R. CARNERO, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WASHINGTON MUTUAL (WAMU), et al.,<br><br>　　　　　　Defendants. | Case Number C 09-5330 JF (PVT)<br><br>ORDER DENYING DEFENDANTS' REQUESTS TO CONTINUE SETTLEMENT CONFERENCE AND DENYING DEFENDANTS' ALTERNATIVE REQUEST TO APPEAR BY TELEPHONE<br><br>[Re: Docket Nos. 88, 90] |

　　　　Defendants' requests to continue the settlement conference is DENIED. Defendants' alternative request to appear by telephone is DENIED.

　　　　IT IS SO ORDERED.

DATED: October 13, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JEREMY FOGEL
　　　　　　　　　　　　　　　　　　　　United States District Judge

This Order has been served upon the following persons:

Glenn Harlan Wechsler glenn@glennwechsler.com, larry@glennwechsler.com

Matthew Edward Podmenik lrodriguez@mccarthyholthus.com

David C. Scott dscott@mccarthyholthus.com, hramirez@mccarthyholthus.com

Roshni V Patel RPatel@mccarthyholthus.com, jdiaz@mccarthyholthus.com

Lawrence Daniel Harris larry@glennwechsler.com

Seth Michael Harris seharris@mccarthyholthus.com, civilefile@mccarthyholthus.com, sfies@mccarthyholthus.com

Alyson Marie Dudkowski adudkowski@mccarthyholthus.com, kburkhart@mccarthyholthus.com

Gabriela R. Carnero
5645 Blossom Avenue
San Jose, CA 95123

Jose R. Carnero
1558 1/2 Minnesota Avenue
San Jose, CA 95125